612

458 A.2d 272

Gottlieb, Appellant v. Gottlieb.

Argued December 14, 1982. Michael Gottlieb, appellant, in propria persona; Joseph R. Dannunzio, for appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Order affirmed.

458 A.2d 272

Green, Appellant v. McCarthy, Inc., et al.

Argued May 25, 1982. Arnold Levin, for appellant; Stephen R. Basser, for appellees.

Before BROSKY, WIEAND and BECK, JJ.

Order affirmed.